United States District Court of the Southern District, Texas
United States Magistrate Judge Stephen Wm. Smith
Attn: case manager - Jason Marchand
713-250-5100 (voice)
713-250-5527 (fax)

RE: Case No.: 4:15-cv-00600
STALONS v. UNIQUE BUILDERS & DEVELOPMENT, INC., ET AL.,

September 22, 2015

Notice to the Court:

This matter has now been settled out of court.

United States Courts
Southern District of Texas
Filed

SEP 22 2015

David J. Bradley, Clerk of Court

Respectfully Submitted,

Richard Stalons